**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No. 2:08-cr-032 (2)**

**ANTONIO GUTIERREZ CURIEL**

_____

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and

has entered a plea of guilty to Count one (1) of the Indictment.  After examining the Defendant

under oath concerning each of the subjects mentioned in Rule 11, I determine that the defendant

is competent and capable of entering an informed plea, that the guilty plea is knowingly and

voluntary made and that the offenses charged are supported by an independent basis in fact

containing each of the essential elements of such offense.

I therefore RECOMMEND that the plea agreement and the plea of guilty should be

accepted and the Defendant should be adjudged guilty and sentenced accordingly.

The Defendant remains in the custody of the U.S. Marshal pending sentencing.

Date:   June 11, 2008                      _/s/ Terence P. Kemp_____
                                            UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within ten (10) days from
the date of its service shall bar an aggrieved party from attacking such Report and Recommendation
before the assigned United States District Judge.  28 U.S.C. Section 636(b)(1)(B).